# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JAMES BIGGLEST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV411-122 |
| PEARSON DELOACH, CHRIS FORAN, BETH ROBINSON, and SEAN BRANDON, | ) ) ) ) |
| Defendants. | ) ) |

## **REPORT AND RECOMMENDATION**

James Bigglest has filed a new suit which duplicates a previous, and still pending, lawsuit seeking damages against former coworkers at the City of Savannah Parking Services for libel and slander for their alleged false representation that he had threatened violence against another employee. (Doc. 1.) The previous suit, *Bigglest v. Deloach*, No. CV411-113 (S.D. Ga. filed May 9, 2011), is under review by the district judge to determine whether it should be dismissed for lack of jurisdiction. *Id.*, doc. 3 (Report and Recommendation). Accordingly, the Court **GRANTS** his *in forma pauperis* motion (doc. 2), but recommends that this case be **DISMISSED** as duplicative.

The Court warns Bigglest that sanctions await those who file repetitive lawsuits. *Wilkerson v. Statesboro Police Dept.*, 2009 WL 4609603 at * 2 (S.D. Ga. Dec. 2, 2009) (serial filer "barred from filing any more lawsuits until she first posts a $100 frivolity bond, from which the Court will subtract $100 for the next frivolous lawsuit that she files."); *Robbins v. Chatham County Courthouse*, 2011 WL 1151993 at * 1 (S.D. Ga. Mar. 9, 2011) (*Wilkerson* warning issued).

**SO REPORTED AND RECOMMENDED** this 19th day of May, 2011.

/s/ *signature*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA