
U.S. DISTRICT COURT
SAVANNAH

# UNITED STATES DISTRICT COURT

2011 JUN 13 PM 3: 55

# SOUTHERN DISTRICT OF GEORGIA

CLERK
SO. DIST. OF GA.

## SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES BIGGLEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV411-122 |
| | ) | |
| PEARSON DELOACH, CHRIS | ) | |
| FORAN, BETH ROBINSON, and | ) | |
| SEAN BRANDON, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this /3th day of JUNE , 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA